ACCEPTED
01-14-00939-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 4:09:35 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00939-CR

| | | |
|---|---|---|
| **MIREYA PATINO GARCIA** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs.** | § | **OF THE FIRST SUPREME** |
| | § | |
| **THE STATE OF TEXAS** | § | **JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 4:09:35 PM
CHRISTOPHER A. PRINE
Clerk

CHADRICK S. HENDERSON'S MOTION
TO SUBSTITUTE AS ATTORNEY IN CHARGE

1.  Chadrick S. Henderson asks this Court to allow him to substitute as attorney for Mireya Patino Garica.

2.  Chadrick S. Henderson will be substituted as attorney for Mireya Patino Garia. His information is as follows:

> Texas Bar No.: 00797854
> Address: POB 88323, Houston, TX 77288
> Telephone: (832) 209-1441
> Fax number: (832) 209-1380
> E-mail: chadhendersonlaw@yahoo.com

3.  Mireya Patino Garcia approves the withdrawal and substitution, which are not being done to delay this case.

### PRAYER

4.  For these reasons, Chadrick S. Henderson asks this Court to grant his motion to substitute as attorney for Mireya Patino Garcia.

> Respectfully submitted,
>
> The Henderson Law Group
> POB 88323
> Houston, TX 77288
> Tel: (832) 209-1441
> Fax: (832) 209-1380
>
>
> By: /s/ Chadrick S Henderson
>     Chadrick S. Henderson
>     State Bar No. 00797854
>     Attorney for Appellant

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Appellate Procedure on July 27, 2015.

/s/Chadrick S. Henderson
Chadrick S. Henderson
Attorney for Mireya Patino Garcia

| MIREYA PATINO GARCIA | § | IN THE COURT OF APPEALS |
|---|---|---|
| | § | |
| vs. | § | OF THE FIRST SUPREME |
| | § | |
| THE STATE OF TEXAS | § | JUDICIAL DISTRICT |

### ORDER ON CHADRICK S. HENDERSON'S MOTION TO SUBSTITUTE

After considering Chadrick S Henderson's motion to substitute as attorney in charge, the Court GRANTS the motion and orders Joshua Willoughby withdrawn as attorney in charge for Mireya Patino Garcia

ORDERS that Chadrick S. Henderson be substituted as attorney in charge for Mireya Patino Garcia.

SIGNED on _____, 20___.

_____
PRESIDING JUDGE